1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   BRIAN C. LEWIS  (DCBN 476851)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail: brian.lewis@usdoj.gov
8

9   Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 12-0272 SBA
                                       )
15          Plaintiff,                 )
                                       )    **STIPULATION AND ~~[PROPOSED]~~**
16      v.                             )    **ORDER TO SET DATE FOR CHANGE**
                                       )    **OF PLEA AND SENTENCING**
17  EDWIN LEON HEROLD,                 )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20          The parties have reached a plea agreement under Federal Rule of Criminal Procedure

21  11(c)(1)(C).  Accordingly, the parties jointly request that this matter be set for change of plea

22  and sentencing on August 21, 2012 before the district court, and the next status before the

23  magistrate on June 29, 2012, be vacated.  The parties also stipulate that the time between today

24  and August 21, 2012, is automatically excluded from calculations under the Speedy Trial Act.

25  *See* 18 U.S.C. § 3161(h)(1)(G).  A copy of the plea agreement and a consent form to begin a

26  //

27  //

28  //

ORDER SETTING CP/SENTENCING DATE
CR 12-0272 SBA

1    pre-plea  investigation will be lodged with the Court.

2         IT IS SO STIPULATED.

3

4    DATED: June 1, 2012                          _____/s/_____
                                                  NED SMOCK
5                                                 Counsel for Edwin Leon Herold

6

7    DATED: June 1, 2012                          _____/s/_____
                                                  BRIAN C. LEWIS
8                                                 Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING CP/SENTENCING DATE
CR 12-0272 SBA                            -2-

**ORDER**

The Court hereby finds the following:

1.      The parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2.      The defendant has consented to a pre-sentence investigation and to disclose the report before his plea of guilty; and

3.      The Court has taken the proposed plea agreement under submission while the United States Probation Office prepares a Presentence Investigation Report.

Based on these findings, IT IS HEREBY ORDERED that

1.      This matter is referred to the United States Probation Office for preparation of a pre-plea Presentence Investigation Report.

2.      The parties shall appear before this Court on August 21, 2012, at 10:00 a.m., for change of plea and sentencing.

3.      Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to August 21, 2012, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

4.      The status hearing before the magistrate court set for June 29, 2012, is hereby VACATED.

DATED:  6/1/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER SETTING CP/SENTENCING DATE
CR 12-0272 SBA                    -3-